

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-13-00858-CR

Wesley Allen **DOTSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-01-00015-CRK
Honorable Bert Richardson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

On April 15, 2015, the Court of Criminal Appeals vacated this court's judgment and remanded for re-consideration of the issue on appeal in light of the Court's recent opinion in *Meadows v. State*, 455 S.W.3d 166 (Tex. Crim. App. 2015). The Court's mandate has since issued.

If the appellant wishes to file a brief addressing the issue on appeal in light of *Meadows*, he must do so no later than **June 15, 2015**. If appellant does not wish to file a new brief on remand and wishes to rely on his original brief filed in this cause, appellant must notify this court in writing no later than **June 15, 2015**.

The State shall have thirty days following the filing of appellant's brief or notification of reliance on appellant's original brief in which to file its brief or written notice with this court that it does not wish to file a new brief on remand and wishes to rely on its original brief filed in this cause. The case will then be submitted for consideration by this court.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_Keith E. Hottle_

Keith E. Hottle

Clerk of Court